v. Barker [Case No. 14,517]. Possession of a bill by the payee which he had indorsed over, is evidence that he has paid to the person who had a right to call upon him, though it is not re-indorsed. Lonsdale v. Brown [Id. 8,492]; Buzzard v. Flecknoe, 1 Starkie, 333; Barbarin v. Daniels, 7 La. 479.

Verdict for the plaintiff and judgment.

## Case No. 3,088.

### CONARD v. ATLANTIC INS. CO.

[See Case No. 627.]

CONARD (PACIFIC INS. CO v.). See Case No. 10,647.

CONCEPTION, The (CONSUL OF SPAIN v.). See Case No. 3,137.

## Case No. 3,089.

### CONCKLIN et al. v. The HARMONY.

[1 Pet. Adm. 34, note.] [1]

District Court, D. New York. 1797.

#### SALVAGE—COMPENSATION.

The brigantine Harmony found on shore on the Bahama bank, deserted and abandoned,—with very great labor, difficulty and danger, she was brought into N. York by the libellants. One moiety of the net proceeds of vessel and cargo allowed as salvage.

[Cited in The Waterloo, Case No. 17,257; The Henry Ewbank, Id. 6,376; The Massasoit, Id. 9,260; Evans v. The Charles, Id. 4,556; Sewell v. Nine Bales of Cotton, Id. 12,683.]

In admiralty.

Libel: "To the Honourable Robert Troup, Esquire, Judge of the District Court of New York.—The Libel of Richard Conklin, Owner of a Moiety of the Sloop Betsey, and Master of the said Sloop, Strong Conklin, Owner of the other Moiety, and Mate of the said Sloop, Enoch Conklin and Nathan Smith, Mariners on Board the said Sloop, against the Brigantine Harmony, her Tackle, Apparel, Furniture and Cargo. The said libellants give this honourable court to understand and be informed that, proceeding on a certain voyage from New Providence for the port of New York, with a quantity of merchandize loaded on board the said sloop called the Betsey, viz. a large quantity of pine-apples and yams, of the value of five thousand dollars, or thereabouts, on the twentieth day of May last, in the Bahama straits, they discovered the said brigantine, called the Harmony, lying on a rank heel, with her sails flying, and main boom in the water, in great apparent distress, at the distance of about eleven leagues from the northwest point of Bahama island, on a certain bank of sand interspersed with rocks, which runs along the western and northern coasts of the said island. That these libellants

thereupon made sail to the said brigantine, and, finding the same abandoned by the crew, were induced to go on board of the same. That, on examining the said brigantine, all her hatches, except the main hatch, being open, they found she contained a cargo consisting of sugar and molasses; but that the same had not, as far as these libellants examined, been then considerably damaged: that there were no papers on board by which they could learn the names of the proprietors of the vessel; that they found six feet and a half of water in the hold of the said brigantine. And these libellants further shew that determining to effect, if possible, the preservation of the said brigantine and her cargo, they immediately cast anchor at a small distance from the said brigantine, notwithstanding two rocks appeared above water, within two hundred yards of their station, and continued at anchor alongside, or near the said brigantine, all that night and the three succeeding days; during which time these libellants, by great exertions of labour, and with severe fatigue, were continually employed in throwing the said cargo of the said sloop the Betsey into the sea, and carrying and removing a part of the said cargo of the brigantine into the said sloop, and in pumping the said brigantine; by means whereof the said brigantine, on the twenty-third day of May, became buoyant in her fore part, and these libellants, by throwing out her anchor astern, and heaving with great and unremitted exertions on her cable, were enabled to bring round the head of the said brigantine; and, having cast out her sheet anchor, at the whole length of the cable, threw from the aft part of the said brigantine a part of her cargo into the sea, whereby the said brigantine became afloat; and these libellants further show that, on the evening of the said twenty-third of May, and the morning of the twenty-fourth, the weather being squally and tempestuous, these libellants returned to and continued in the said sloop near and about the said brigantine in the most imminent danger, the wind blowing from different quarters and sometimes upon the said bank. But these libellants, being resolved to risque their lives for the safety of the said brigantine, returned to the same and made sail upon her on the twenty-fourth day of May, the said vessel having then six feet and a half of water in her hold, and that part of her cargo which remained on board being very much shifted into the side, and causing the said brigantine to heel and labour very much in sailing. That, a strong current setting upon the bank, these libellants were again compelled to anchor with the said brigantine and sloop on the same day; and, continuing so at anchor, on the next day a certain sloop, called the General Green, commanded by Captain Stein, bound from the Havanna to Providence in Rhode Island, fell in with these libellants, and, in consideration of

---

[1] [Reported by Richard Peters, Jr., Esq.]